Jacob N. Whitehead, (SBN 266123)
*jacob@wemploymentlaw.com*
W EMPLOYMENT LAW, APC
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Telephone: (949) 674-4922

Attorney for Plaintiff, JULIAN T. MOSLEY

BARNES & THORNBURG LLP
Mark Wallin (SBN 331915)
mwallinWbtlaw.com
Michael Witczak (SBN 329960)
Michael.witczakWbtlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (312) 214-4591

Attorneys for Defendant, WK Kellogg Co.

[Additional Counsel on Next Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN T. MOSLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WK KELLOGG CO and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-00629-MEMF-AJR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**NOTICE OF SETTLEMENT OF ACTION**<br><br>Action Filed: December 18, 2024 (Los Angeles County Superior Court)<br><br>Removed: January 23, 2025 |

1

1  **BARNES & THORNBURG LLP**
   Ashley N. Lopeztello (SBN 329254)
2  655 West Broadway, Suite 1300
3  San Diego, CA 92101
   Telephone: (619) 321-5000
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that Plaintiff JULIAN T. MOSLEY and Defendant WK KELLOGG CO. (collectively, the "Parties") have reached a settlement in principle that will resolve all claims in this matter. The Parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) within 21 days.

    In light of this settlement, the Parties respectfully request that the Court vacate all pending deadlines and hearings, and allow the Parties time to finalize and execute the settlement agreement. The Parties will promptly file a stipulated dismissal once all necessary settlement terms are fulfilled.

Respectfully submitted,

Dated: March 6, 2025　　　　　　　　　　**W EMPLOYMENT LAW, APC**

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Jacob N. Whitehead, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　Julian T. Mosley

Dated: March 6, 2025　　　　　　　　　　**BARNES & THORNBURG LLP**

　　　　　　　　　　　　　　　　　　　By: /s/ Ashley N. Lopeztello
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mark Wallin, Esq.
　　　　　　　　　　　　　　　　　　　Michael Witczak, Esq.
　　　　　　　　　　　　　　　　　　　Ashley N. Lopeztello, Esq.
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　WK Kellogg Co.

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to LR 5-4.1, that I have electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Central District of California, using the Court's CM/ECF System. I further certify that, pursuant to Civ LR 5-3.2.1, service will be accomplished on the adverse party by the Court's CM/ECF system.

Dated: March 6, 2025

By: /s/ *Jacob N. Whitehead*
      Jacob N. Whitehead
      Attorney for Plaintiff,
      Julian Mosley

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**NOTICE OF SETTLEMENT OF ACTION**
*Case No. 2:25-cv-00629-MEMF-AJR*