Jacob N. Whitehead, (SBN 266123)
jacob@wemploymentlaw.com
W EMPLOYMENT LAW, APC
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Telephone: (949) 674-4922

Attorney for Plaintiff, JULIAN T. MOSLEY

BARNES & THORNBURG LLP
Mark Wallin (SBN 331915)
mwallinWbtlaw.com
Michael Witczak (SBN 329960)
Michael.witczakWbtlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (312) 214-4591

Attorneys for Defendant, WK Kellogg Co.

[Additional Counsel on Next Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN T. MOSLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WK KELLOGG CO and DOES 1-25, Inclusive,<br><br>Defendants. | **Case No. 2:25-cv-00629-MEMF-AJR**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**Action Filed:** December 18, 2024 (Los Angeles County Superior Court)<br><br>**Removed:** January 23, 2025 |

1

1
2
3
4

**BARNES & THORNBURG LLP**
Ashley N. Lopeztello (SBN 329254)
655 West Broadway, Suite 1300
San Diego, CA 92101
Telephone: (619) 321-5000

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Julian Mosley ("Plaintiff") and Defendant WK Kellogg Co ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to dismiss this action in its entirety and with prejudice.

The Parties further stipulate that each party shall bear their own attorneys' fees and costs associated with this action.

Because this stipulation is signed by all parties who have appeared, no court order is required under FRCP 41(a)(1)(A)(ii), and the dismissal shall be effective upon filing.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: March 11, 2025

W EMPLOYMENT LAW, APC

By: _____
Jacob N. Whitehead, Esq.
Attorney for Plaintiff, Julian Mosley

**BARNES & THORNBURG LLP**

By: /s/ Asley N. Lopeztello
Ashley N. Lopeztello, Esq.
Mark Wallin, Esq.
Michael Witczak, Esq.
Attorneys for Defendant,
WK Kellogg Co.

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to LR 5-4.1, that I have electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Central District of California, using the Court's CM/ECF System. I further certify that, pursuant to Civ LR 5-3.2.1, service will be accomplished on the adverse party by the Court's CM/ECF system.

Dated: March 11, 2025

By: */s/ Jacob N. Whitehead*
Jacob N. Whitehead
Attorney for Plaintiff,
Julian Mosley

**JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**